**IN THE COURT OF APPEALS OF TENNESSEE**
**AT NASHVILLE**

**FILED**

**March 20, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

| | |
|---|---|
| JOHN JAY HOOKER, | ) |
| | ) |
| Plaintiff/Appellant, | ) |
| | ) |
| VS. | ) Davidson Chancery |
| | ) No. 96-3601-II |
| SEN. FRED D. THOMPSON, | ) |
| | ) |
| Defendant/Appellee, | ) |
| | ) Consolidated |
| and | ) Appeal No. |
| | ) 01-A-01-9709-CH-00533 |
| JOHN JAY HOOKER, | ) |
| | ) |
| Plaintiff/Appellant, | ) |
| | ) Davidson Chancery |
| VS. | ) No. 96-2847-III |
| | ) |
| DON SUNDQUIST, ET AL., | ) |
| | ) |
| Defendants/Appellees. | ) |

## ORDER ON PETITION TO REHEAR

The appellant has filed a respectful petition to rehear, which we have considered and found to be without merit.

It is, therefore, ordered that the petition be and hereby is overruled.

_____
HENRY F. TODD, PRESIDING JUDGE
MIDDLE SECTION


_____
BEN H. CANTRELL, JUDGE


_____
WILLIAM C. KOCH, JR., JUDGE